COLLINS v. NORTH CAROLINA PAROLE COMMISSION

No. 199PA95

Case below: 118 N.C.App. 544

Notice of appeal by plaintiff pursuant to G.S. 7A-30 (substantial constitutional question) retained by order of the Court 27 July 1995. Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 allowed 27 July 1995.

DARE COUNTY BOARD OF EDUCATION v. SAKARIA

No. 229A95

Case below: 118 N.C.App. 609

Notice of appeal by defendants pursuant to G.S. 7A-30 (substantial constitutional question) retained by order of the Court 27 July 1995. Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 27 July 1995.

DEMOCRATIC PARTY OF GUILFORD CO. v.
GUILFORD CO. BD. OF ELECTIONS

No. 116A95

Case below: 117 N.C.App. 633

Petition by defendants for discretionary review pursuant to G.S. 7A-31 and Appellate Rule 16(b) as to issues in addition to those presented as the basis for the dissenting opinion in the Court of Appeals allowed 27 July 1995.

IN RE APPEAL OF HARPER

No. 243P95

Case below: 118 N.C.App. 698

Petition by respondents (State Board of Elections and Frank H. Harper) for temporary stay allowed 20 June 1995 pending determination of the petition for discretionary review. Petition by respondents (State Board of Elections and Frank H. Harper) for writ of supersedeas denied 27 July 1995. Petition by respondents (State Board of Elections and Frank H. Harper) for discretionary review pursuant to G.S. 7A-31 denied and stay dissolved 27 July 1995.

IN RE SKIDMORE

No. 194P95

Case below: 118 N.C.App. 584

Petition by petitioner (Cornelia D. Skidmore) for discretionary review pursuant to G.S. 7A-31 denied 27 July 1995.